**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| MATHEW SHAW and BROOKE SHAW,<br><br>   Plaintiffs,<br><br>   v.<br><br>JULIUS MWALE and KAILA MWALE,<br><br>   Defendants. | Case. No. 1:25-CV-04087 (CM)<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

Pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure, Plaintiffs Mathew Shaw and Brooke Shaw, by their undersigned attorneys, hereby give notice that the above-captioned action is voluntarily dismissed without prejudice against Defendants Julius Mwale and Kaila Mwale.

Dated: May 23, 2025
       New York, New York

DENTONS US LLP

By: */s/ Tomasita Sherer*
Tomasita Sherer
1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 768-6700
Facsimile: (212) 768-6800
tomasita.sherer@dentons.com
*Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 23, 2025, a copy of the foregoing was filed electronically with the Clerk of the Court to be served by the Court's electronic filing system upon all counsel of record.

*/s/ Cody Anthony*
Cody Anthony
